AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
Apr 28, 2025
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

United States of America )
v. )
VICTOR VEGA ROJO ) Case No. 25-M-403 (SCD)
DOB: XX/XX/1975 )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __6/16/2023 and 12/20/2023__ in the county of __Waukesha__ in the
__Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 2252A(a)(2); Title 18, U.S.C. Section 2252A(a)(5)(B) | Distribution and possession of child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Winterbauer, Special Agent - FBI
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date: __4-28-25__

_____
*Judge's signature*

City and state: __Milwaukee, Wisconsin__   Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

I, Michael Winterbauer, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed by the FBI since March 2016. I graduated from the FBI Academy as a Special Agent in April 2023, where I received training related to investigating federal criminal violations. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing criminal laws and duly authorized by the Attorney General to request search and arrest warrants. I am currently assigned to the FBI Milwaukee Field Office and am a member of the Milwaukee Child Exploitation and Human Trafficking Task Force.

2. As a Special Agent, I am authorized to investigate violent crimes against children, to include the possession, production, and distribution of child sexual abuse material (commonly known as "CSAM"). While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography, and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) in different forms of media, including computer media. As a result of my training, experience, and discussions with other law enforcement officers assigned to investigate child pornography and child exploitation, I am familiar with methods by which electronic devices are used as the means for receiving, transmitting, possessing, and distributing images and videos that depict minors engaged in sexually explicit conduct. I have also received training and gained experience in interview and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures,

electronic device evidence identification, electronic device evidence seizure and processing, and various other criminal laws and procedures.

3. The facts contained in this affidavit are known to me through my personal knowledge, training, and experience, and through information provided to me by other law enforcement officers, who have provided information to me during the course of their official duties and whom I consider truthful and reliable. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that VICTOR VEGA ROJO (DOB: XX/XX/1975), resides at N72W17809 Good Hope Road, Menomonee Falls, Wisconsin and committed the crime of distribution of child pornography in violation of Title 18, United States Code, Section 2252A(a)(2), and possession of child pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

5. Because this affidavit is submitted for the limited purpose of obtaining a criminal complaint, I have not included every fact known to me concerning this investigation. I have attempted to set forth only the facts I believe are pertinent to establish the necessary foundation for the complaint and the corresponding arrest warrant.

**BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE**

6. On or about June 16, 2023, an FBI Special Agent operating as an online covert employee conducted an online investigation on the BitTorrent network for offenders sharing CSAM. An investigation was initiated for a device being operated with the IP Address 72.135.253.219 because it was associated with a shared torrent which contained at least one file consistent with the definition of CSAM.

7. Using a computer running investigative BitTorrent software, a direct connection was made to the device at IP Address 72.135.253.219 and a download was successfully completed of files named 000040.jpg and 000364.jpg. The device at IP Address 72.135.253.219 was the sole candidate for the downloads, and as such, the files were downloaded directly from this IP address. The files are described as follows:

    a. A collection of twenty images that appeared to be from the same video. The images were displayed in a grid and each contained a separate timestamp. The images showed a prepubescent girl, approximately three to five years old completely nude. In one image, the girl was facing the camera with her legs spread to expose her vagina. An adult hand was touching the girl's vagina. In five of the images, the girl was performing oral sex on what appeared to be an adult male.

    b. A collection of twenty images that appeared to be from the same video. The images were displayed in a grid and each contained a separate timestamp. The images showed a prepubescent girl, approximately four to six years old completely nude. Twelve of the images showed the girl lying on her back with her legs spread to expose her vagina with what appeared to be an adult inserting his penis into her anus.

8. On or about June 20, 2023 an administrative subpoena was served to Charter Communications Inc. (Charter Communications) by an FBI Operational Support Technician for the IP address 72.135.253.219 on the dates of the above described downloads. On or about June 22, 2023, Charter Communications provided a response to the administrative subpoena, which contained the following information:

3

a. Subscriber Name: Ruben Vega

b. Address: N72W17809 GOOD HOPE RD, MENOMONEE FALLS, WI [SUBJECT PREMISES]

c. Lease Start Date: 05/09/2023 at 6:09 AM

9. On or about September 20, 2023, an administrative subpoena was again served on Charter Communications, by an FBI Operational Support Technician for the IP Address 72.135.253.219 on the dates of the above described downloads. On or about September 25, 2023, Charter Communications provided a response to the administrative subpoena, which contained the following information:

a. Subscriber Name: Ruben Vega

b. Address: N72W17809 GOOD HOPE RD, MENOMONEE FALLS, WI [SUBJECT PREMISES]

c. Lease Start Date: 12/19/2010

10. Surveillance was conducted at the SUBJECT PREMISES starting around July 26, 2023. It was determined that approximately four people resided at the address.

11. On December 20, 2023, a residential search warrant for the SUBJECT PREMISES was authorized United States Magistrate Judge Stephen C. Dries of the Eastern District of Wisconsin. The warrant was executed on the same day at approximately 12:45 p.m. No occupants of the SUBJECT PREMISES were present during the execution of the search or when the search team departed. Twenty-Two items of evidence were seized from the SUBJECT PREMISES. In one bedroom, a black Dell Inspiron N7010 laptop with serial number 2Y0RSN1 (Dell Laptop) and a

4

Case 2:25-mj-00403-SCD    Filed 04/28/25    Page 5 of 13    Document 1

Microsoft Surface Tablet with serial number 022361730452 (Microsoft Surface Tablet), were seized. In that same bedroom, an opened IRS letter that contained the name VICTOR MANUEL VEGA ROJO and a North Shore Bank credit card that contained the name VICTOR M. VEGA were found.

12. The FBI Milwaukee Field Office's Computer and Analysis Response Team (CART) examined the Dell Laptop and Microsoft Surface Tablet.

13. The Dell Laptop contained the username Camaro with the full name Victor Vega. The login screen of the device contained a picture of what appeared to be Victor Vega that was identical to a picture found on Victor Vega's Facebook page "facebook.com/victor.vega.7547." A windows live ID that was found on the device was victorvega1414@gmail.com. An email address found on the device was victorvega1414@gmail.com with password hint vega1234. Approximately 425 emails that were sent to and from email address victorvega1414@gmail.com were located on the device. Skype profile name victorvega1414_1 with associated email address victorvega1414@gmail.com was found on the device.

14. FBI Milwaukee CART identified multiple torrent applications on the Dell Laptop. The first was Bitlord v2.4, which was a torrent application that allowed downloading and streaming. The application was installed on May 18, 2023. However, the Bitlord torrent application did not appear to have any activity.

15. The second torrent application on the Dell Laptop was LimeWire v5.6.2. LimeWire's Installation.props file contained application installation dates of August 21, 2021 and May 21, 2023.

16. The third torrent application on the Dell Laptop was FrostWire v6.11.0. FrostWire was formerly LimeWire. The FrostWire properties files showed an installation date of September 12, 2023.

5

17. FBI Milwaukee CART identified a file named '000040.jpg' was located in a LimeWire/Frostwire database file under the user profile "camaro," along with its hash values of SHA1: 8d5028a75249656f2fc494cb21f2c690 and MD5: b6fbc3698d04ff04b59f5cfe0d4fc573. Also, a file named 'Analyzing Asians have DOWN SYNDROME 3_000364.jpg' was located in the database file under the user profile "camaro," along with its hash values of SHA1: 4ba8ab228f0e48e2bde44dc1bd1b7e22 and MD5: 23f2f9892097eea519b95826d46fdc48. The database contained activity and file names and their hash values of files that would have been in the downloads directory.

18. Numerous names indicative of child sexual abuse material was also located in the database file. Some of the file names included: "kdquality childlover pthc kidzilla 21(1).jpg," "NEW! pedo 9yo Tori 01 lsm kdquality childlover pthc kidzilla 39.jpg," "-Best Incest about 14yo cute pigtail german Lolita tiny puffies, hairless coochie lots of positions (r@ygold underage pedo).mpg," "pthc-collection of pedo pics174h(1).jpg," and "Babysitter and Girl 8yo.mpg."

19. On February 27, 2025, FBI Milwaukee CART submitted the MD5 hash values for images and videos found on the Dell Laptop to the National Center for Missing and Exploited Children (NCMEC). NCMEC provided Initial Hash Value Comparison Reports that identified approximately 1,058 MD5 hash values that were recognized for known CSAM that included approximately 261 identified children.

20. The affiant conducted a precursory review of the Dell Laptop and described one of the CSAM videos that was found on the device as follows:

   a. The video file contained MD5 hash value 816bb24b37600789aeb140233adc1edd and SHA1 hash value 25af93537fa40665d76cbbc1890069d573395160. The filename

was "Rape Japanese Loli Preteen Privats Sex Videos Torrent Download Real Incest Magnet Links CP.mp4." The video was last accessed on November 14, 2023.

b. The video was full color, and approximately 8 minutes and 13 seconds in length. There was an overlay of text across the video that read as follows: "2148 files 409GB original quality videos, child porn teen sex incest bro sis young girls Russian teens mom son preteen hardcore privats—All videos – 35$." Additional text included payment information and Bitmessage addresses.

c. The beginning of the video revealed a grid of nine video panels that played at the same time. The grid of videos changed throughout the duration of the overall video, depicting numerous children in sexually explicit situations. Some, but not all, of the videos within the grid depicted the following:

    i.    At the beginning of the overall video, on the lower left screen panel, there was one female child (Minor Victim 1), who appeared Asian with black hair. Minor Victim 1 held what appeared to be an erect adult male penis in her hand that she licked multiple times and inserted in and out of her mouth. Minor Victim 1 was wearing a white and green dress. At about 36 seconds into the video, Minor Victim 1 laid down on her back and the adult male's hand lifted Minor Victim 1's skirt to expose her vagina. The adult male's hand then rubbed Minor Victim 1's vagina. At about 53 seconds into the video, Minor Victim 1 inserted her finger in and out of her vagina with the camera zoomed in on her pubic area. At about 1 minute and 47 seconds into the video, Minor Victim 1 got on her elbows and knees and exposed her nude buttocks and anus to the camera. Minor Victim 1 used both of her hands to spread her buttocks and vagina to the camera while her head was face down on a

mattress. Minor Victim 1 was believed to be a child approximately 8 to 10 years of age due to early stages of breast development, lack of pubic hair, and a lack of physical development, including narrow hips, and a small facial structure.

    ii.    At the beginning of the overall video, on the upper left screen panel, an adult male in yellow-green shorts and no shirt placed a pillow on the floor, and pulled one female child (Minor Victim 2), who appeared white with blonde hair, onto her knees in front of him on top of the pillow. Minor Victim 2 wore a red and white striped T-shirt and gray shorts. Minor Victim 2 appeared to resist the adult male, attempting to pull herself away from the adult male. At approximately 37 seconds into the video, the adult male pulled down his shorts to expose his erect penis. Minor Victim 2 appeared to pull her head away from the adult male, but the adult male grabbed Minor Victim 2's arms and placed her hands on his hips. At approximately 51 seconds into the video, the adult male grabbed Minor Victim 2's hand and placed it on his erect penis. The adult male placed his hand on Minor Victim 2's hand and used Minor Victim 2's hand to stroke his erect penis. Minor Victim 2 stopped stroking the adult male's penis when he moved his hand off her hand. At approximately 1 minute and 23 seconds into the video, Minor Victim 2 appeared to attempt to move away from the adult male. The adult male grabbed Minor Victim 2's head and forced her to place her head next to his penis. Minor Victim 2 appeared to struggle to move away from the adult male and she tried to cover her face until about 2 minutes and 23 seconds into the video, when the adult male placed Minor Victim 2's hand on his erect penis again and moved her hand to stroke his penis. At 2 minutes and 30 seconds into the video, the adult male

8

grabbed Minor Victim 2's head again, and pushed her head towards his erect penis, while Minor Victim 2 covered her face and eyes with her hands. At approximately 2 minutes and 49 seconds into the video, the adult male used both of his hands to move Minor Victim 2's head forward and back near his penis. It is unclear whether the adult male's erect penis was in Minor Victim 2's mouth at the time because his hand blocked the view of his penis and Minor Victim 2's mouth. However, the adult male did appear to rub his erect penis against Minor Victim 2's mouth multiple times. At 2 minutes and 58 seconds into the video, Minor Victim 2 appeared to get away from the adult male. The adult male grabbed Minor Victim 2 and forced her head near his penis, but then he let her go and pulled up his shorts. At 4 minutes and 15 seconds into the video, Minor Victim 2 appeared to be on a bed laying on her stomach. The adult male pulled down Minor Victim 2's shorts and underwear and groped her buttocks. The video then changed to another minor female and adult. Minor Victim 2 was believed to be approximately 12 to 14 years of age due lack of physical development, including narrow hips and a small facial structure. Additionally, the grid of videos depicted numerous minor females with lack of breast development, lack of pubic hair, and a lack of physical development, including narrow hips and small facial structures. There was also an overlay of text that stated, "child porn."

    iii.    At approximately 1 minute and 17 seconds into the overall video, on the top center screen panel, one white female child (Minor Victim 3) with brown hair, was wearing a blindfold and a ring gag that forced her to keep her mouth open. Minor Victim 3 was wearing no shirt, and crotchless fishnet

9

lingerie on her legs. Minor Victim 3 was on her hands and knees with what appeared to be an adult male on his knees in front of her with his erect penis in Minor Victim 3's mouth. The adult male held one hand behind Minor Victim 3's head and held a digital camera in his other hand pointed toward Minor Victim 3. The adult male moved his erect penis around inside Minor Victim 3's mouth as he thrusted his hips forward and backward. At approximately 1 minute and 53 seconds into the video, Minor Victim 3 was on her back on a couch. The adult male inserted his penis into Minor Victim 3's vagina and shook it around. At approximately 2 minutes and 45 seconds into the video, Minor Victim 3 sat on the couch nude with the ring gag around her neck. She then picked up a paddle and struck her buttocks and legs with it several times. At approximately 3 minutes and 2 seconds into the video, Minor Victim 3 was on her hands and knees in front of the adult male with her buttocks facing him. She was still nude with the ring gag around her neck. The adult male appeared to have anal beads in his hand. The video changed to another female child before anything further happened. Minor Victim 3 was believed to be approximately 10 to 14 years of age due to early stages of breast development, lack of pubic hair, and lack of physical development, including narrow hips and a small facial structure.

 iv. At approximately 4 minutes and 46 seconds into the overall video, on the top center screen panel, one white female child (Minor Victim 4) with blonde or brown hair, was fully nude sitting on a toilet. What appeared to be an adult male walked up to Minor Victim 4 with an erect penis and rubbed it

against Minor Victim 4's mouth. The adult male stroked his penis multiple times in front of Minor Victim 4's face. At 5 minutes and 9 seconds into the video, Minor Victim 4 grabbed the adult male's penis and placed it in her mouth. There appeared to be another fully nude person standing to the side of Minor Victim 4 while Minor Victim 4 moved her head forward and back with the adult penis in her mouth, but the additional person was not fully viewable. At 5 minutes and 30 seconds into the video, Minor Victim 4 took her mouth off the adult male's penis. Minor Victim 4 moved her buttocks so that she remained seated on the toilet, but the interior of the toilet was visible between Minor Victim 4's legs. At 5 minutes and 57 seconds into the video, the adult male urinated on Minor Victim 4. Minor Victim 4 was believed to be approximately 6-8 years of age due to early stages of breast development, lack of pubic hair, and lack of physical development, including narrow hips and a small facial structure.

v. At approximately 5 minutes and 21 seconds into the overall video, on the bottom left screen panel, one Asian female child (Minor Victim 5) with black hair, was fully nude laying on her back on a bed. Her breasts were fully exposed and there appeared to be an adult male penis that penetrated Minor Victim 5's vagina. The adult male thrusted his hips multiple times while he penetrated Victim 5's vagina. At approximately 5 minutes and 42 seconds into the video, the camera view changed to focus on the adult male's penis inserted into what appeared to be Minor Victim 5's vagina. There was what appeared to be a white bodily fluid around Minor Victim 5's vagina and the adult male's

penis while he penetrated Minor Victim 5's vagina. Minor Victim 5 was believed to be approximately 11-14 years of age in the early stages of puberty due to early stages of breast development, some pubic hair, and a lack of physical development, including narrow hips and a small facial structure.

21. The Microsoft Surface Tablet contained the user login victorvega1414@gmail.com (Victor Vega). FBI Milwaukee CART was unable to access the Microsoft Surface Tablet beyond the user login screen due to an unknown password requirement.

## CONCLUSION

22. Based on the foregoing, there is probable cause to believe that VICTOR VEGA ROJO possessed and distributed CSAM in violation of Title 18 U.S.C. § 2252A(a)(2) and Title 18, U.S.C § 2252A(a)(5)(B).