**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| | on Criminal Complaint |
| v. | |
| **VICTOR VEGA ROJO** | CASE NUMBER **25-MJ-403** |

HONORABLE STEPHEN C. DRIES, presiding     Court Reporter: Zoom Audio
Deputy Clerk: Katina Hubacz     Hearing Began: 3:00 PM
Hearing Held: April 29, 2025 at 3:00 PM     Hearing Ended: 3:19 PM

**Appearances:**

UNITED STATES OF AMERICA by: Megan Paulson
VICTOR VEGA ROJO, via video conference, and by: Gabriela Leija     ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☐ None ☑ Sworn **(Susan Rascon)**

- ☑ Defendant consents to proceed via video
- ☑ Defendant advised of rights
- ☐ Court orders counsel appointed
    - ☐ Defendant to reimburse at $ Amount per month
- ☑ Defendant advised of charges, penalties, and fines
- ☑ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
- ☑ **Detention Hearing set for May 1, 2025 at 2:00 PM**

Maximum Penalties:
Ct 1: 5-20 yrs IMP, $250,000 fine, 5 yrs-life SR, $100 SA
Ct 2: 20 yrs IMP, $250,000 fine, 5 yrs-life SR, $100 SA

**BOND:**
Govt:
- Deft is here illegally – haven't been in contact with agent yet to discuss his status
- Deft is risk of flight due to illegal status
- Concerns about danger to community
- Under investigation since 2023

Defense:
- Have not had time to discuss release plan
- Ask for continuance until Thursday afternoon or Friday

Court:
- ☑ Defendant is ordered temporarily detained for a maximum of: ☑ 3 days ☐ 5 days ☐ 10 days
    Detention Hearing set for: May 1, 2025 at 2:00 PM

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.